

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00739-CV

Kara **LERMA**,
Appellant

v.

**PIPE MOVERS, INC**.,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 16-09-56471-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. The costs of this appeal are taxed against the appellant.

SIGNED March 21, 2018.

_____
Irene Rios, Justice